UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MELODY A. MELTON,**

    **Plaintiff,**

**v.**                                               **Case No. 5:20cv140-TKW-HTC**

**ANDREW SAUL,** Commissioner of Social Security,

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 20), which recommends that the Court grant the unopposed motion to remand the case to Defendant for further administrative proceedings. Upon due consideration of the Report and Recommendation and the case file, the Court agrees that remand is appropriate. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The unopposed motion for entry of judgment remanding the case to Defendant (Doc. 19) is **GRANTED**.

3. The Clerk shall enter judgment stating: "The Commissioner of Social Security's decision is REVERSED pursuant to sentence four of 42 U.S.C. §405(g), and this case is REMANDED for further administrative proceedings."

4. The Clerk shall close the file.

**DONE and ORDERED** this 7th day of August, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**