UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELODY A. MELTON,

    Plaintiff,

vs.                                       Case No.: 5:19cv428-TKW-EMT

ANDREW SAUL, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

This case is before the Court on the magistrate judge's Report and Recommendation (Doc. 25). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Plaintiff is entitled to an award of attorney's fees in this case in the amount of $4,655.00. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's petition for attorney's fees (Doc. 23) is **GRANTED**, and Plaintiff is awarded fees in the amount of $4,655.00 pursuant to the Equal Access to

Justice Act, 28 U.S.C. §2412, for the time expended by her attorney in representing her before this Court.

      3.    The fee award is subject to an offset to satisfy any qualifying outstanding debt Plaintiff may owe to the United States, and the net fee award after any offset shall be mailed to Plaintiff in care of her attorney, Michael R. Reiter, P.O. Box 330, Lynn Haven, Florida 32444.

      **DONE AND ORDERED** this 10th day of December, 2020.

*T. Kent Wetherell, II*
      **T. KENT WETHERELL, II**
      **UNITED STATES DISTRICT JUDGE**